# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

```
_____FILED          _____ENTERED
_____LODGED         _____RECEIVED

            MAY 0 4 2026    MH

                    AT SEATTLE
            CLERK U.S. DISTRICT COURT
         BY  WESTERN DISTRICT OF WASHINGTON
                              DEPUTY
```

| Abas Dowlad, | Case No. C25-2495-JLR |
|---|---|
| *Plaintiff,* | |
| v. | PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND MOTION FOR EXTENSION OF TIME TO SERVE |
| Jack Dorsey & Square | |
| *Defendant.* | |

## I. INTRODUCTION

The Plaintiff, Abas Dowlad, appearing *pro se*, respectfully submits this response to the Court's Order to Show Cause dated April 21, 2026. Plaintiff moves this Court for a 30-day extension of time to effectuate service of the Summons and Complaint upon the Defendant, Jack Dorsey & Square, pursuant to Federal Rule of Civil Procedure 4(m).

## II. GOOD CAUSE FOR EXTENSION

Plaintiff submits that "good cause" exists for an extension based on the following:

1. Complexity of Locating Defendant Jack Dorsey and Square Corporate affiliations across multiple jurisdictions. Despite diligent research, Plaintiff has faced exceptional challenges in identifying a verified physical address for personal service or a registered agent authorized to accept service for the Defendant Dorsey and Square.

2. Current Efforts: Plaintiff has recently successfully assigned this case to a professional process server. Attempts at personal service are currently underway and will continue until service is complete or local diligence requirements are met.

3. Pro Se Status and Oversight: As a *pro se* litigant, Plaintiff experienced a clerical oversight regarding the specific 90-day deadline. This was not due to a lack of interest in the case, but rather a focus on the logistical difficulties of locating the Defendant.

IV. REQUEST FOR RELIEF Plaintiff respectfully requests that the Court grant an extension of 30 days from the date of this Order to effect service of process upon the Defendant.

IV. CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that the Court discharge the Order to Show Cause and grant an additional 30 days (until June 01, 2026) to file Proof of Service with the Court.

DATED this 01st day of May, 2026.

Respectfully submitted,

Abas Dowlad, Plaintiff Pro Se

 **Invoice**

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

BILL TO:

**ABAS DOWLAD**
**25701 117th Pl SE**
**Kent, WA 98030**

| | |
|---|---|
| INVOICE# | 28041162.100 |
| DATE | Apr 30, 2026 |
| ACCOUNT# | 269945 |
| ATTENTION | abasdowlad@gmail.com |
| REFERENCE# | REF-25509927 |

**AMOUNT DUE**      **$ 0.00**

| | |
|---|---|
| CASE # | N/A |
| CASE TITLE | N/A |
| COURT | N/A |

**SERVICES PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| Prepare Suit | | |
| Process Service - Web Upload | Uploaded File(s): SquareS.pdf, SquareC1.pdf<br>Rush Requested: No<br>Parties To Serve: 1 | 76.00 |

| | |
|---|---|
| SUBTOTAL | $ 76.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 76.00** |

**PAYMENTS**

| SOURCE | DATE | AMOUNT |
|---|---|---|
| Visa ending in 4114 | April 30, 2026 | 76.00 |

| | |
|---|---|
| **AMOUNT PAID** | **$ 76.00** |

| | |
|---|---|
| **AMOUNT DUE** | **$ 0.00** |