UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABAS DOWLAD, | CASE NO. C25-2495JLR |
| Plaintiff, | ORDER |
| v. | |
| JACK DORSEY & SQUARE, et al., | |
| Defendants. | |

Before the court is Plaintiff Abas Dowlad's motion to withdraw his June 5, 2026 motion for service of process by the U.S. Marshals Service and for an extension of time to effectuate service.  (Mot. (Dkt. # 9); *see* 6/5/26 Mot. (Dkt. # 7).)  The court already provided Mr. Dowlad the relief he seeks when it denied his motion for service of process and for an extension of time in its June 11, 2026 order dismissing Mr. Dowlad's complaint with leave to amend.  (*See* 6/11/26 Order (Dkt. # 8) at 5.)  Therefore, the court DENIES Mr. Dowlad's motion to withdraw (Dkt. # 9) as moot.  Mr. Dowlad may file a

ORDER - 1

renewed motion for service of process in the future if his amended complaint states a claim for relief that can be granted.

Dated this 18th day of June, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2